IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * CASE NO.: **19-50672-WLH** |
| | * |
| **Normandy MeShon Huff,** | * |
| | * CHAPTER: **7** |
| | * |
| | * |
| Debtor | * |

# MOTION TO CONVERT CASE TO CHAPTER 13

COMES NOW, Debtor, **Normandy MeShon Huff**, in the above-styled Chapter 7 case, by and through undersigned counsel moves this Honorable Court, pursuant to 11 U.S.C. Section 706(a), to convert the above-styled Chapter 7 case to a proceeding under 11 U.S.C. Chapter 13.

WHEREFORE, Debtor prays:

(a) That this Motion to Convert Case to Chapter 13 be filed, read, and considered;

(b) That this Honorable Court grant this Motion to Convert Case to Chapter 13; and,

(c) That this Honorable Court grant such other and further relief as it may deem just and proper.

Respectfully submitted
CLARK & WASHINGTON, LLC

/s/
Jason B. Lutz, GA Bar No. 670673
Attorneys for Debtor

CLARK & WASHINGTON, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222

CC: Normandy MeShon Huff,