UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| NORMANDY MESHON HUFF | : | CASE NUMBER A19-50672-WLH |
| DEBTOR | : | |

## TRUSTEE'S SUPPLEMENTAL REPORT
## FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on March 24, 2021:**

As to whether Debtor filed a Pre – Confirmation Plan Modification

**The Attorney for the Trustee has reviewed the case as instructed and:**

The Trustee withdraws her Objections to Confirmation

*Please enter an Order of Confirmation.*

This the 16th day of April, 2021.

\_\_\_/s/_____
Ryan J. Williams,
Attorney for Chapter 13 Trustee
GA Bar Number 940874
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

/jn

# CERTIFICATE OF SERVICE

Case No: A19-50672-WLH

I certify that on this day I caused a copy of this Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

NORMANDY MESHON HUFF
1702 WESTHAVEN DRIVE SW
ATLANTA, GA  30311

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

CLARK & WASHINGTON, P.C.

This the 16th day of April, 2021.

/s/_____
  Ryan J. Williams
  Attorney for the Chapter 13 Trustee
  State Bar No. 940874
  303 Peachtree Center Avenue, NE
  Suite 120
  Atlanta, GA 30303
  678-992-1201